IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENDRICK DANE SELLERS,

    Plaintiff,

v.

SCHULTZ, et al.

    Defendants.

ORDER

Case No. 24-cv-81-wmc

---

Plaintiff Kendrick Dane Sellers has submitted a certified inmate trust fund account statement for the six-month period preceding the complaint in support of a motion to proceed without prepaying the filing fee. The court must now determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the filing fee.

Even when a prisoner litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fee to be $158.29. For this case to proceed, plaintiff must submit this amount on or before March 14, 2024.

Plaintiff has also filed a motion to use release account funds to pay the initial partial filing fee. (Dkt. #8). His motion will be granted. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Kendrick Dane Sellers is assessed $158.29 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $158.29 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before March 14, 2024.

2. Plaintiff Kendrick Dane Sellers's motion for use of release account funds to pay the initial partial filing fee in this case (Dkt. #8) is GRANTED.

3. If, by March 14, 2024, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

4. No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 21st day of February, 2024.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge